# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2025

## NO. 03-24-00552-CR

**Roland Sandoval Gomez, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction entered by the trial court. Appellant has filed

a motion to dismiss the appeal. Therefore, the Court grants the motion and dismisses the appeal.

Because appellant is indigent and unable to pay costs, no adjudication of costs is made.